774 A.2d 729

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Scott M. KLEIN, Respondent.**

**No. 650 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 20, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of February, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 18, 2000, it is hereby

ORDERED that SCOTT M. KLEIN be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.